■ TOM TRALA, Appellant, v DELTA SONIC CARWASH SYSTEMS, INC., et al., Respondents. [976 NYS2d 916]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered September 19, 2012. The order denied the motion of plaintiff to strike the answer of defendants.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on December 12, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.